**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CALKINS, ) | Case No. 2:16-cv-2602-APG-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| ) | (Docket No. 18) |
| CREDIT ONE BANK, N.A., et al., ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant Credit One Bank, N.A.'s motion to stay. Docket No. 18. Defendant's motion fails to cite any authority in support of its motion to stay. Accordingly, Defendant's motion to stay, Docket No. 18, is hereby **DENIED** without prejudice. No later than January 30, 2017, the parties shall file a proposed joint discovery plan and scheduling order, or Defendant shall file a renewed motion to stay that addresses the relevant standards with appropriate authority.

IT IS SO ORDERED.

Dated: January 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge