# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS, ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CREDIT ONE BANK, N.A., et al., ) <br> Defendant(s). ) | Case No. 2:16-cv-02602-APG-NJK <br><br> ORDER |

On August 28, 2017, the parties filed a stipulation indicating that arbitration "will occur shortly." Docket No. 46 at 2. Based on that representation, the Court extended the deadline to file dispositive motions to 30 days after arbitration. Docket No. 47. No further filings have been made in this case since that time. The parties are **ORDERED** to file a joint status report by January 11, 2018.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge