1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
11   MICHAEL CALKINS,                          )
                                               )        Case No. 2:16-cv-02602-APG-NJK
12                    Plaintiff(s),            )
                                               )
13   v.                                        )        ORDER
                                               )
14   CREDIT ONE BANK, N.A., et al.,            )
                                               )
15                    Defendant(s).            )
     _____)

16        The parties shall file a joint status report regarding arbitration on March 12, 2018, and every 60

17   days thereafter.  In the event the arbitration is resolved, a joint status report so explaining shall be filed

18   within 14 days of that resolution.

19        IT IS SO ORDERED.

20        DATED: January 12, 2018

21
22                                                  _____
                                                    Nancy J. Koppe
23                                                  United States Magistrate Judge

24
25
26
27
28