# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL CALKINS,

    Plaintiff(s),

v.

CREDIT ONE BANK, N.A., et al.,

    Defendant(s).

Case No.: 2:16-cv-2602-APG-NJK

**Order**

(Docket No. 52)

Before the Court is the parties' joint interim status report. Docket No. 52. On August 29, 2017, the Court granted the parties' stipulation to stay the dispositive motion deadline until 30 days after the arbitration proceedings. Docket No. 47. On January 12, 2018, the Court ordered the parties to file a joint status report 14 days after the arbitration ruling. Docket No. 50. In the instant status report, filed on May 11, 2018, the parties submit that an arbitration ruling was issued on March 30, 2018. Docket No. 52 at 2.

Pursuant to the Court's prior order, the deadline for dispositive motions expired on April 29, 2018. Docket No. 47. The Court, nonetheless, extends the dispositive motion deadline to June 11, 2018.

IT IS SO ORDERED.

Dated: May 11, 2018

                                      NANCY J. KOPPE
                                      United States Magistrate Judge