UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>    Plaintiff(s),<br><br>v.<br><br>CREDIT ONE BANK, N.A., et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-2602-APG-NJK<br><br>**Order**<br><br>(Docket No. 54) |

Before the Court is Plaintiff and Defendant Experian Information Solutions, Inc.'s notice of settlement. Docket No. 54. The Court **ORDERS** these parties to file a stipulation of dismissal no later than July 9, 2018.

IT IS SO ORDERED.

Dated: May 25, 2018

                                                NANCY J. KOPPE
                                                United States Magistrate Judge