VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Michael Calkins*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.; EXPERIAN INFORMATION SERVICES, INC.; and EQUIFAX INC.<br><br>Defendants. | Case No.: 2:16-cv-02602 APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SERVICES, INC. WITH PREJUDICE** |

Upon agreement between Plaintiff MICHAEL CALKINS ("Plaintiff") and Defendant EXPERIAN INFORMATION SERVICES, INC. ("Defendant"):

IT IS HEREBY STIPULATED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendant EXPERIAN INFORMATION SERVICES, INC., shall be dismissed from this action, with prejudice. Each side shall bear his or its own costs and attorney's fees.

| | |
|---|---|
| Dated this 6th day of July, 2018. | Dated this 6th day of July, 2018. |
| THE LAW OFFICE OF VERNON NELSON | NAYLOR & BRASTER |
| */s/ Vernon A. Nelson* | */s/Jennifer L. Braster* |
| VERNON A. NELSON, JR.<br>Nevada Bar No. 6434<br>9480 S. Eastern Avenue, Suite 252<br>Las Vegas, NV 89123<br>T: 702-476-2500 \| F: 702-476-2788<br>Email: vnelson@nelsonlawfirmlv.com<br>Attorneys for Plaintiff *Michael Calkins* | Jennifer L. Braster, Esq.<br>Nevada Bar No.: 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel: 702-420-7000 \| F: 702- 420-7001<br>jbraster@naylorandbrasterlaw.com<br>*Attorneys for Defendant*, Experian *Information Solutions, Inc.* |

**ORDER**

**IT IS SO ORDERED** per the stipulation of the parties, Defendant EXPERIAN INFORMATION SERVICES, INC., shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiff MICHAEL CALKINS and Defendant EXPERIAN INFORMATION SERVICES, INC., shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: July 6, 2018.

Case No.: 2:16-cv-02602 APG-NJK